Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court

## Northern District of Texas
## Fort Worth Division

In re:

Carolyn Hensley,                                  Case No. 26-40561-mxm7
                                                          Chapter 7
Debtor.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Chapter 7*

*Bankruptcy Case* (Dkt.5) was served on February 9, 2026, via First-Class Mail to Synchrony Bank

at the following address:

Synchrony Bank
PO Box 965015
Orlando, FL 32896

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor