United States Bankruptcy Court

Northern District of Texas

| In re: | Case No. 26-40561-mxm |
|---|---|
| Carolyn Hensley | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: 318 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn Hensley, 424 N. Broadway St.#218, Joshua, TX 76058-3059 |
| 23154946 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23154955 | + | Grandview Bank, PO Box 449, Grandview, TX 76050-0449 |
| 23154960 | + | PayPal Credit Card/ SYNCB, PO Box 71718, Philadelphia, PA 19176-1718 |
| 23154963 | + | Ranches of Joshua, 424 N Broadway St,, Joshua, TX 76058-3410 |
| 23154964 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23154972 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23154979 | + | Wicker Way Storage, 400 Wicker Way, Burleson, TX 76028-6312 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMDGARNER.COM | May 08 2026 02:16:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 07 2026 22:35:00 | Nissan Motor Acceptance Corporation, 14841 Dallas Parkway, Suite 350, Dallas, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 23154944 | + | EDI: ATTWIREBK.COM | May 08 2026 02:16:00 | AT&T, 2270 Lakeside Blvd 7th Floor, Richardson, TX 75082-4304 |
| 23154945 | ^ | MEBN | May 07 2026 22:29:45 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23154951 | | EDI: CITICORP | May 08 2026 02:16:00 | CBNA, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, St Louis, MO 63179-0034 |
| 23154947 | + | EDI: CAPITALONE.COM | May 08 2026 02:16:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23154948 | + | EDI: CAPITALONE.COM | May 08 2026 02:16:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 23154949 | + | EDI: SYNC | May 08 2026 02:16:00 | Care Credit, PO Box 71754, Philadelphia, PA 19176-1754 |
| 23154952 | + | EDI: JPMORGANCHASE | May 08 2026 02:16:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 23154953 | + | EDI: JPMORGANCHASE | May 08 2026 02:16:00 | Chase Card Services/Amazon, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 23154954 | + | EDI: CITICORP | May 08 2026 02:16:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 23154956 | + | EDI: IRS.COM | May 08 2026 02:16:00 | IRS, Special Procedures-Insolvency, PO Box |

District/off: 0539-4 | User: admin | Page 2 of 3
Date Rcvd: May 07, 2026 | Form ID: 318 | Total Noticed: 38

| | | | |
|---|---|---|---|
| | | | 7346, Philadelphia, PA 19101-7346 |
| 23154957 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | May 07 2026 22:36:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23154958 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | May 07 2026 22:36:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23154959 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | |
| | | May 07 2026 22:35:00 | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 23154961 | + | Email/Text: emccain@pbfcm.com | |
| | | May 07 2026 22:36:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23154962 | ^ | MEBN | |
| | | May 07 2026 22:30:57 | Quest Diagnostics, PO Box 825, South Windsor, CT 06074-0825 |
| 23154966 | | EDI: SYNC | |
| | | May 08 2026 02:16:00 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 23154967 | + | EDI: SYNC | |
| | | May 08 2026 02:16:00 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 23154968 | | EDI: SYNC | |
| | | May 08 2026 02:16:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 23154969 | | EDI: SYNC | |
| | | May 08 2026 02:16:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 23154970 | | EDI: SYNC | |
| | | May 08 2026 02:16:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 23154965 | | Email/Text: pacer@cpa.state.tx.us | |
| | | May 07 2026 22:37:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23154971 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | |
| | | May 07 2026 22:35:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23154973 | + | Email/Text: bcd@oag.texas.gov | |
| | | May 07 2026 22:36:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23154974 | + | Email/Text: collections.pacer@twc.texas.gov | |
| | | May 07 2026 22:37:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23154975 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | |
| | | May 07 2026 22:36:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23154976 | + | EDI: VERIZONCOMB.COM | |
| | | May 08 2026 02:16:00 | Verizon Wireless, Attn: Verizon Bankruptcy Attn: Verizon B, 500 Technology Dr , Ste 500, Weldon Springs, MO 63304-2225 |
| 23154977 | ^ | MEBN | |
| | | May 07 2026 22:31:13 | Wayfair Mastercard, PO Box 6772, Sioux Falls, SD 57117-6772 |
| 23154978 | + | EDI: WFHOME | |
| | | May 08 2026 02:16:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23154950 | *+ | Carolyn Hensley, 424 N. Broadway St.#218, Joshua, TX 76058-3059 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0539-4 | User: admin | Page 3 of 3
Date Rcvd: May 07, 2026 | Form ID: 318 | Total Noticed: 38

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clayton Everett | |
| | on behalf of Debtor Carolyn Hensley clayton@norredlaw.com |
| | clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marilyn Garner | |
| | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| Shelby Leigh Mashigian | |
| | on behalf of Creditor Nissan Motor Acceptance Corporation shelby.mashigian@bonialpc.com |
| | Notices.Bonial@ecf.courtdrive.com |
| United States Trustee | |
| | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carolyn Hensley | Social Security number or ITIN   xxx–xx–2853 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | |
| Case number: | 26–40561–mxm7 | |

# Order of Discharge

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carolyn Hensley

<u>5/6/26</u>

**By the court:**   <u>Mark X. Mullin</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318      **Order of Discharge**      page 2